Lloyd Michael WARREN, Plaintiff-Appellant,

v.

Nurse GRAY, Nurse; Officer McGrath, Jail Officer; Officer Blythe, Jail Officer, Defendants-Appellees.

No. 17-7400

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Lloyd Michael Warren, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Michael Warren seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failing to comply with a court order directing him to file a more particularized complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because it is possible that Warren could cure the defects in his complaint through further amendment, the order he seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 623-24 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Warren to file an amended complaint. *See id.* at 630. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*